IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS BLANKS,

      Plaintiff,                                    No. CIV-S-11-0171 WBS CKD P

    vs.

MATTHEW CATE, et al.,

      Defendants.                                ORDER

_____/

        On March 9, 2012, defendants filed a motion for summary judgement. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within twenty-eight days of the date of this order, plaintiff shall file an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: April 19, 2012

                                                  CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE

de
blan0171.46osc

1