IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS BLANKS,

    Plaintiff,                             No. 2:11-cv-0171 WBS CKD P

    vs.

MATTHEW CATES, et al.,

    Defendants.                      ORDER

_____/

       This matter is remanded back to the assigned Magistrate Judge for further consideration in light of <u>Hartmann v. California Department of Corrections and Rehabilitation</u>, 2013 WL 600215 (C.A.9(Cal.)), which was handed down after the Magistrate Judge's findings and recommendations of January 28, 2013, were filed.

DATED: March 7, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE